UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
KAREEM SHAMEL PERRY,

                Plaintiff,

                -against-

DR. ALAN MADELL,

                Defendant.
------------------------------X

08 Civ. 2196 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

        Plaintiff having informed this Court by letter dated June 13, 2008, that he has identified the appropriate defendant in this action, all claims against Defendant Alan Madell are dismissed. Plaintiff is directed to file and serve an amended complaint naming the appropriate defendant, along with a copy of this Order, by August 1, 2008. The initial pre-trial conference currently scheduled for June 27, 2008 at 11:45 a.m. is adjourned until September 4, 2008 at 10:30 a.m.

Dated:    June 24, 2008
            New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Copies mailed to*:

Mr. Kareem Shamel Perry
(93-A-5130)
Upstate Correctional Facility
P.O. Box 2000
309 Bare Hill Rd
Malone, NY 12953
*Plaintiff <u>Pro Se</u>*

Richard W. Brewster, Esq.
Donald Nowve, Esq.
Assistant Attorneys General
State of New York
120 Broadway
New York, NY 10271-0332